Steven M. Tindall, SBN #187862
Email: smt@classlawgroup.com
GIBBS LAW GROUP LLP
505 14th Street, Suite 1110
Oakland, California 94612-1406
Telephone: (510) 350-9700
Facsimile: (510) 350-9701

Beth E. Terrell, SBN #178181
Email: bterrell@terrellmarshall.com
Jennifer Rust Murray
Email: jmurray@terrellmarshall.com
Adrienne D. McEntee
Email: amcentee@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| MICHELLE SHULTZ,<br><br>           Plaintiff,<br>     v.<br><br>LINKNOW MEDIA,<br><br>           Defendant. | NO. 3:19-cv-01936-WHO<br><br>**NOTICE OF SETTLEMENT AND REQUEST FOR STAY**<br><br>Complaint Filed: April 10, 2019<br><br>Honorable William H. Orrick<br><br>DATE:<br>TIME:<br>LOCATION: |

    Plaintiff Michelle Shultz has settled her individual claim against Defendant LinkNow Media. The parties request a stay of proceedings through April 28, 2019, the date upon which the parties will have completed their obligations under the settlement. Upon completion, Plaintiff

NOTICE OF SETTLEMENT - 1
CASE NO. 3:19-CV-01936-WHO

1  will request an order dismissing her claim against Defendant with prejudice, without fees and

2  costs to any party, and without prejudice to the uncertified class claims.

3        RESPECTFULLY SUBMITTED AND DATED this 31st day of October, 2019.

4  TERRELL MARSHALL LAW GROUP PLLC   BAKER & HOSTETLER LLP

5  By: /s/ Adrienne D. McEntee, *Pro Hac Vice*   By: /s/ Paul G. Karlsgodt, *Pro Hac Vice*
    Beth E. Terrell, SBN #178181         Paul G. Karlsgodt, *Admitted Pro Hac Vice*
6      Email: bterrell@terrellmarshall.com     Email: pkarlsgodt@bakerlaw.com
    Jennifer Rust Murray, *Pro Hac Vice*      1801 California Street, Suite 4400
7      Email: jmurray@terrellmarshall.com     Denver, Colorado 80202
    Adrienne D. McEntee, *Pro Hac Vice*      Telephone: (303) 861-0600
8      Email: amcentee@terrellmarshall.com    Facsimile: (303) 861-7805
    936 North 34th Street, Suite 300
9      Seattle, Washington 98103              Teresa C. Chow, SBN #237694
    Telephone: (206) 816-6603             Email: tchow@bakerlaw.com
10     Facsimile: (206) 319-5450              BAKER & HOSTETLER LLP
                                            11601 Wilshire Boulevard, Suite 1400
11     Steven M. Tindall, SBN #187862       Los Angeles, California 90025
    Email: smt@classlawgroup.com         Telephone: (310) 820-8800
12     GIBBS LAW GROUP LLP               Facsimile: (310) 820-8859
    505 14th Street, Suite 1110
13     Oakland, California 94612             *Attorneys for Defendant*
    Telephone: (510) 350-9700
14     Facsimile: (510) 350-9701

15     Anthony I. Paronich, *Pro Hac Vice*
    Email: anthony@paronichlaw.com
16     PARONICH LAW, P.C.
    350 Lincoln Street, Suite 2400
17     Hingham, MA 02043
    Telephone: (617) 485-0018
18     Facsimile: (508) 318-8100

19     Andrew Heidarpour, *Admitted Pro Hac Vice*
    E-mail: heidarpourlawfirm@gmail.com
20     HEIDARPOUR LAW FIRM, PLLC
    1300 Pennsylvania Avenue N.W., Suite 190
21     Washington, D.C. 20004
    Telephone: (202) 234-2727
22

23  *Attorneys for Plaintiff*

24

NOTICE OF SETTLEMENT - 2
CASE NO. 3:19-CV-01936-WHO

# CERTIFICATE OF SERVICE

I, Adrienne D. McEntee, hereby certify that on October 31, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Teresa C. Chow, SBN #237694
>Email: tchow@bakerlaw.com
>BAKER & HOSTETLER LLP
>11601 Wilshire Boulevard, Suite 1400
>Los Angeles, California 90025
>Telephone: (310) 820-8800
>Facsimile: (310) 820-8859
>
>Paul G. Karlsgodt, *Admitted Pro Hac Vice*
>Email: pkarlsgodt@bakerlaw.com
>BAKER & HOSTETLER LLP
>1801 California Street, Suite 4400
>Denver, Colorado 80202
>Telephone: (303) 861-0600
>Facsimile: (303) 861-7805

*Attorneys for Defendant*

DATED this 31st day of October, 2019.

>TERRELL MARSHALL LAW GROUP PLLC
>
>By:   /s/ Adrienne D. McEntee, *Pro Hac Vice*
>Adrienne D. McEntee, *Pro Hac Vice*
>Email: amcentee@terrellmarshall.com
>936 North 34th Street, Suite 300
>Seattle, Washington 98103-8869
>Telephone: (206) 816-6603
>Facsimile: (206) 319-5450

*Attorneys for Plaintiff*

NOTICE OF SETTLEMENT - 3
CASE NO. 3:19-CV-01936-WHO