1  Steven M. Tindall, SBN #187862
   Email: smt@classlawgroup.com
2  GIBBS LAW GROUP LLP
   505 14th Street, Suite 1110
3  Oakland, California 94612-1406
   Telephone: (510) 350-9700
4  Facsimile: (510) 350-9701

5  Beth E. Terrell, SBN #178181
   Email: bterrell@terrellmarshall.com
6  Jennifer Rust Murray, *Admitted Pro Hac Vice*
   Email: jmurray@terrellmarshall.com
7  Adrienne D. McEntee, *Admitted Pro Hac Vice*
   Email: amcentee@terrellmarshall.com
8  TERRELL MARSHALL LAW GROUP PLLC
   936 North 34th Street, Suite 300
9  Seattle, Washington 98103
   Telephone: (206) 816-6603
10 Facsimile: (206) 319-5450

11 [Additional Counsel Appear on Signature Page]

12 *Attorneys for Plaintiff and the Proposed Class*

13              UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
14                      OAKLAND DIVISION

15 | MICHELLE SHULTZ, | |
16 | Plaintiff, | NO. 3:19-cv-01936-WHO |
   | v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
17 | | |
18 | LINKNOW MEDIA, | JURY TRIAL DEMAND |
19 | Defendant. | Complaint Filed: April 10, 2019 |
20 | | Honorable William H. Orrick |
21 | | DATE:
   | | TIME:
22 | | LOCATION: |

23
24

STIPULATION OF DISMISSAL WITH PREJUDICE - 1
CASE NO. 3:19-CV-01936-WHO

1  Plaintiff Michelle Shultz ("Plaintiff") and Defendant Linknow Media ("Defendant")

2  stipulate to the dismissal of all claims asserted in the lawsuit with prejudice, and without

3  attorneys' fees and costs to any party, pursuant to Fed. R. Civ. P. 41(a)(1)(A).

4  RESPECTFULLY SUBMITTED AND DATED this 1st day of May, 2020.

5  TERRELL MARSHALL LAW GROUP PLLC    BAKER & HOSTETLER LLP

| | |
|---|---|
| By: Adrienne D. McEntee, *Pro Hac Vice*<br>Beth E. Terrell, SBN #178181<br>Email: bterrell@terrellmarshall.com<br>Jennifer Rust Murray, *Pro Hac Vice*<br>Email: jmurray@terrellmarshall.com<br>Adrienne D. McEntee, *Pro Hac Vice*<br>Email: amcentee@terrellmarshall.com<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103<br>Telephone: (206) 816-6603<br>Facsimile: (206) 319-5450<br><br>Steven M. Tindall, SBN #187862<br>Email: smt@classlawgroup.com<br>GIBBS LAW GROUP LLP<br>505 14th Street, Suite 1110<br>Oakland, California 94612<br>Telephone: (510) 350-9700<br><br>Anthony I. Paronich, *Pro Hac Vice*<br>Email: anthony@paronichlaw.com<br>PARONICH LAW, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>Telephone: (617) 485-0018<br><br>Andrew Heidarpour, *Admitted Pro Hac Vice*<br>E-mail: heidarpourlawfirm@gmail.com<br>HEIDARPOUR LAW FIRM, PLLC<br>1300 Pennsylvania Avenue N.W., Suite 190<br>Washington, D.C. 20004<br>Telephone: (202) 234-2727<br><br>*Attorneys for Plaintiff* | By: Paul G. Karlsgodt, *Pro Hac Vice*<br>Paul G. Karlsgodt, *Admitted Pro Hac Vice*<br>Email: pkarlsgodt@bakerlaw.com<br>1801 California Street, Suite 4400<br>Denver, Colorado 80202<br>Telephone: (303) 861-0600<br>Facsimile: (303) 861-7805<br><br>Teresa C. Chow, SBN #237694<br>Email: tchow@bakerlaw.com<br>BAKER & HOSTETLER LLP<br>11601 Wilshire Boulevard, Suite 1400<br>Los Angeles, California 90025<br>Telephone: (310) 820-8800<br>Facsimile: (310) 820-8859<br><br>*Attorneys for Defendant* |

STIPULATION OF DISMISSAL WITH PREJUDICE - 2
CASE NO. 3:19-CV-01936-WHO

|  |  |
|---|---|
| 1 | <div align="center">CERTIFICATE OF SERVICE</div> |

I, Adrienne D. McEntee, hereby certify that on May 1, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Teresa C. Chow, SBN #237694
>Email: tchow@bakerlaw.com
>BAKER & HOSTETLER LLP
>11601 Wilshire Boulevard, Suite 1400
>Los Angeles, California 90025
>Telephone: (310) 820-8800
>Facsimile: (310) 820-8859
>
>Paul G. Karlsgodt, *Admitted Pro Hac Vice*
>Email: pkarlsgodt@bakerlaw.com
>BAKER & HOSTETLER LLP
>1801 California Street, Suite 4400
>Denver, Colorado 80202
>Telephone: (303) 861-0600
>Facsimile: (303) 861-7805

*Attorneys for Defendant*

DATED this 1st day of May, 2020.

>TERRELL MARSHALL LAW GROUP PLLC
>
>By:   /s/ Adrienne D. McEntee, *Pro Hac Vice*
>Adrienne D. McEntee, *Admitted Pro Hac Vice*
>Email: amcentee@terrellmarshall.com
>936 North 34th Street, Suite 300
>Seattle, Washington 98103-8869
>Telephone: (206) 816-6603
>Facsimile: (206) 319-5450

*Attorneys for Plaintiff*

STIPULATION OF DISMISSAL WITH PREJUDICE - 3
CASE NO. 3:19-CV-01936-WHO