UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SCHULTZ, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>LINKNOW MEDIA, <br><br>　　　　Defendant. | Case No. 19-cv-01936-WHO <br><br>**ORDER OF DISMISSAL** <br><br>Re: Dkt. No. 36 |

　　Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice.  The Clerk shall close the case.

Dated:  May 1, 2020

　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　WILLIAM H. ORRICK
　　　　　　　　　　　　　　　　　　　United States District Judge